**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CALVIN VANDERGRIFF**                                                                               **PLAINTIFF**

V.                              **CASE NO.: 1:10CV00105 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                 **DEFENDANT**

## ORDER

For good cause shown, Calvin Vandergriff's unopposed first motion for extension of time to file his brief (docket entry #10) is GRANTED. The time is extended to, and including, May 27, 2011. Defendant's brief is due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 13th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE