# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CALVIN VANDERGRIFF**                                                                 **PLAINTIFF**

**V.**                          **CASE NO.: 1:10CV00105 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Calvin Vandergriff's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE